Anna Gerken Dornheim and Betty Klindworth, Respondents, v. Richard Vom Lehn, Jr., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Does the complaint state facts sufficient to constitute the causes of action therein set forth? Time for defendant to answer is granted until ten days after the determination in the Court of Appeals if such determination is adverse to defendant. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ. [See *ante*, p. 838.]

Arthur N. Dusenbury and George B. Roberts, Copartners, etc., Appellants, v. Strathcona Apartments, Inc., Respondent.— Motion for reargument denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

John C. Fernandez, Respondent, v. Martha Stengel, Appellant.— Motion for reargument denied, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

Virginia W. Humphrey, Respondent, v. Lillie G. Ponemon and Bess B. Cohan, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Petition of Edward J. Hayward, as Administrator, etc., of David J. Hayward, for Letters of Administration, etc., of Loretta G. Hayward, etc., Deceased, Respondent; Genevieve L. Kelly and William E. Magee, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of Cecil B. Ruskay, an Attorney and Counselor at Law, to Determine and Enforce His Attorney's Lien, Petitioner, Respondent, v. Richard E. Weldon and George Kent Weldon, Respondents, Appellants; Thomas J. Smith and National Surety Company, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

Anthony F. Marino, Respondent, v. Virginia Straub Marino, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

Mary McKiever, as Administratrix, etc., of William McKiever, Deceased, Respondent, v. Cauldwell-Wingate Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

Ralph H. Melbourn and Barbara Melbourn, Respondents, v. Frank Kukla and Maria Kukla, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.